# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

128227

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARIE WATT, Personal Representative
of the Estate of JOHN WATT, Deceased,
Plaintiff-Appellant,

v

SC: 128227
COA: 245910
Oakland CC: 02-038082-NH

CHARLES HETH, D.O., and PREFERRED
FAMILY MEDICINE, P.C., f/k/a
WASHINGTON SQUARE CLINIC, P.C.,
Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the February 3, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

_____
Clerk

*l*0919